UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HARRY F. BENNETT, | Case No. 1:07-cv-1005 |
| Plaintiff, | HONORABLE PAUL L. MALONEY |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

## JUDGMENT

Final judgment is hereby entered in favor of the defendant and against the plaintiff.

**IT IS SO ORDERED this 31st day of March 2011.**

    /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge